IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MICHELLE HALL MARTINEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | )   Civil Action No. 1:16-CV-139-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Nancy A. Berryhill, Acting

Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate

Judge entered a Report and Recommendation on August 17, 2017. The Report and

Recommendation recommends that the Court vacate the final decision of the Commissioner and

remand the case. No party filed any objections. After reviewing the Report and

Recommendation, the Court is of the opinion that it should be adopted.

It is, therefore, ORDERED that the findings and conclusions in the Report and

Recommendation are hereby ADOPTED by the Court. The Commissioner's decision is

**REVERSED** and the above-styled and -numbered civil action is **REMANDED** for further

administrative proceedings consistent with the Report and Recommendation.

Dated this ___5th___ day of September, 2017.

                                        _____
                                        SAM R. CUMMINGS
                                        SENIOR UNITED STATES DISTRICT JUDGE